UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Luis V.

Petitioner,

v.

David Venturella, in his capacity as Acting Director, Immigration and Customs Enforcement; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; Todd Blanche, U.S. Attorney General; Daren Margolin, Executive Office for Immigration Review; and David Easterwood, Field Office Director of St. Paul Field Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations,

Respondents.

Civ. No. 26-3723 (PAM/DLM)

**ORDER**

---

**IT IS HEREBY ORDERED that:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Luis V. by no later than August 28, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than September 3, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

3. To the extent Petitioner seeks an order prohibiting his transfer or removal during the petition's adjudication, this request is **DENIED without prejudice** to its reconsideration once these matters have been fully briefed.

Dated: August 24, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge